UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 26-CR-40010-MRG |
| ROMOY FORBES, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(b)**

The United States of America and the defendant Romoy Forbes, through his counsel, hereby submit this joint memorandum addressing Local Rule 116.5(b).

As matters are proceeding to the satisfaction of the parties, the government and the defendant request that the interim status conference scheduled for June 23, 2026, be canceled and that a final status conference be scheduled in approximately 45-60 days, or another time period that the Court determines is appropriate.

**Local Rule 116.5(b)(1)**

The government has produced, and made available for inspection, automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts. There are no pending discovery requests.

**Local Rule 116.5(b)(2)**

The government will produce discovery according to the Local Rules and the Federal Rules of Criminal Procedure, including any supplemental materials if any further materials are obtained. If this case goes to trial, the government will produce material fitting the description of Local Rule 116.2(b)(2), 21 days before trial, and Jencks Act (18 U.S.C. § 3500) material

consistent with the time requirements described in that statute.

**Local Rule 116.5(b)(3)**

The parties do not anticipate, at this time, additional discovery requests. If that changes, the parties propose to, by the final status conference, propose dates by which any such requests would be made and responded to.

**Local Rule 116.5(b)(4)**

There is not a protective order in this case. The government has redacted sensitive information in the discovery materials.

**Local Rule 116.5(b)(5)**

The defense has not brought a motion per Fed. R. Crim. P. 12(b), but intends to determine before the next requested status date whether it would be appropriate to bring any such motion.

**Local Rule 116.5(b)(6)**

The parties propose that, if a trial were to be held, expert disclosures for the government, if any, would be due 30 days before trial, and that the defendant's expert disclosures, if any, would be due 21 days before trial.

**Local Rule 116.5(b)(7)**

The defense does not currently anticipate a defense of public authority, insanity, or alibi.

**Local Rule 116.5(b)(8)**

The government and the defendant agree that the periods from the defendant's arraignment upon the indictment through the date set for the initial status conference, and then from the initial status conference through the scheduled interim status conference, were properly

excluded by this Court's prior orders on excludable delay. The government and the defendant agree that the time period between the interim status conference, and the final status conference, should be excluded so that the defendant can continue to review discovery. The parties submit that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**Local Rule 116.5(b)(9)**

The parties are discussing a potential plea, but have not yet determined if this case will be resolved through a plea. The government expects that a trial, if one were held, would last approximately 5 days.

**Local Rule 116.5(b)(10)**

As matters are proceeding to the satisfaction of the parties, the government and the defendant request that the interim status conference scheduled for June 23, 2026, be canceled and that a final status conference date be established in approximately 45-60 days, or another time period that the Court deems appropriate.

Respectfully submitted,

Thomas O'Connor
(Counsel for Romoy Forbes)

*<u>/s/ Thomas O'Connor</u>*
Thomas O'Connor, Esq.
Assistant Federal Public Defender
1 Federal Street, Building 101
Springfield, MA 01105

LEAH B. FOLEY
UNITED STATES ATTORNEY,

By: *<u>/s/ Brendan D. O'Shea</u>*
Brendan O'Shea
Assistant U.S. Attorney
United States Attorney's Office
595 Main Street
Worcester, MA 01608

---

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and by regular mail to the participants who do not receive electronic filing.

/s/ Brendan O'Shea
Brendan O'Shea
Assistant U.S. Attorney

Date: June 22, 2026